UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                     Case No. 07-CR-303

NAOMI R BENNETT,

    Defendant.

---

**ORDER**

---

Upon the application of Naomi Bennett;

IT IS HEREBY ORDERED that the Clerk of Court release the passport being held as bail for Naomi bennett. The passport shall be returned to:

> Naomi Bennett
> 404 Nicoled Mlvd.
> Menasha, WI 54952

Dated this 15th day of November, 2014.

                                                   s/ William C. Griesbach
                                                 WILLIAM C. GRIESBACH, Chief Judge
                                                 United States District Court